UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBBIE BANKS,<br><br>        Plaintiff,<br><br>    v.<br><br>VALERIE ATTINELLO,<br><br>        Defendant. | No. 1:23-cv-00112-ADA-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS<br><br>(ECF Nos. 2, 8)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Robbie Banks is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 25, 2023, Plaintiff filed a civil rights complaint along with a motion to proceed in forma pauperis. (ECF Nos. 1, 2.) The following week, Plaintiff filed a certified copy of her prison trust account statement. (ECF No. 6.) That same day, the Magistrate Judge issued findings and recommendations recommending that the Court deny Plaintiff's application to proceed in forma pauperis because her trust account indicates she can afford the costs of this action. (ECF No. 8.) The findings and recommendations were served on Plaintiff and contained notice that any objections were due within fourteen days of service. (*Id.* at 2.) Plaintiff has not filed any objections, and the deadline to do has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on January 30, 2023, (ECF No. 8), are adopted in full;

2. Plaintiff's application to proceed in forma pauperis, (ECF No. 2), is denied; and

3. **No later than thirty (30) days following of the date of service of this order**, Plaintiff is ordered either to pay the $402.00 filing fee in full or voluntarily dismiss this case. Failure to comply with this order will result in dismissal of this action for failure to comply with a court order and failure to prosecute.

IT IS SO ORDERED.

Dated:   March 27, 2023

UNITED STATES DISTRICT JUDGE