UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBBIE BANKS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VALERIE ATTINELLO,<br><br>　　　　　Defendant. | No. 1:23-cv-00112-ADA-BAM (PC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE AND FAILURE TO OBEY COURT ORDER<br><br>(ECF No. 9) |

　　　　Plaintiff Robbie Banks ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On March 27, 2023, the Court adopted the Magistrate Judge's findings and recommendations that Plaintiff's application to proceed *in forma pauperis* be denied and ordered Plaintiff to pay the filing fee within twenty-one days after service to proceed with this action. (ECF No. 9 at 2.) Plaintiff has not paid the filing fee, and the deadline for her to do so has expired. Plaintiff has not otherwise communicated with the Court regarding payment of the filing fee.

　　　　Because Plaintiff has failed to obey the Court's order and pay the appropriate filing fee, this case cannot proceed and will be dismissed. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992).

///

///

1

Accordingly,

1. This action is dismissed, without prejudice, for Plaintiff's failure to comply with the Court's order and her failure to pay the filing fee; and

2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: June 30, 2023

UNITED STATES DISTRICT JUDGE

2